FILED
CLERK, U.S. DISTRICT COURT

NOV 13 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>v.<br>CARLOS OMAR CARDENAS-RUESGA,<br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>15-MJ-02230<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>November 17, 2015</u>, _____, at <u>2:30</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>827-A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: 11/13/15              _____
                              U.S. District Judge/Magistrate Judge